12 So.2d 858

**BLALOCK v. STATE.**

8 Div. 184.

Supreme Court of Alabama.

April 8, 1943.

Thos. C. Pettus, of Moulton, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

GARDNER, Chief Justice.

The appeal is from a judgment of conviction for murder in the first degree, with penalty fixed at life imprisonment.

There is no bill of exceptions, and the appeal is upon the record proper. No questions appearing that are reviewable without a bill of exceptions and the record proper being free from reversible error, it follows that the judgment of conviction is due to be affirmed. It is so ordered.

Affirmed.

BOULDIN, FOSTER, and LAWSON, JJ., concur.